IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02578-MSK-MEH

LAWRENCE M. JENSEN,

    Plaintiff,

v.

CN CONSULTING, INC., a Colorado corporation,

    Defendant / Counterclaimant,

v.

UNITED STATES INTERNAL REVENUE SERVICE,

    Defendant.

_____

## ORDER OF REMAND
_____

Before the Court is the United States' Unopposed Motion to Remand to State Court (Motion) **(#8)**. The Motion seeks to remand this case to the Boulder County District Court. Upon review of the Motion, the papers filed in support thereof, and the rest of the record herein, the Court **FINDS**:

1. The United States has disclaimed any interest in the interpleaded funds, and that the Court no longer has subject matter jurisdiction.

Accordingly, the motion is hereby **GRANTED**, and it is hereby **ORDERED**, that this action be remanded to the Boulder County District Court for further proceedings. It is

**FURTHER ORDERED** that the Clerk of Court shall send a copy of this order and a

copy of the docket to the Clerk of Boulder County District Court, Colorado Springs, Colorado.

DATED this 18th day of December, 2007.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge